16-016571

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NUMBER 18-12696 |
| Gregory Reed Creason<br>Lisa Marie Piacentino, | SECTION B |
| DEBTOR(S) | CHAPTER 7 |

### MOTION FOR RELIEF FROM AUTOMATIC STAY
### (RE: 934 PORT STREET A/K/A 2632 - 2634 NORTH RAMPART STREET, NEW ORLEANS, LA 70117)

NOW INTO COURT, through undersigned counsel, comes Regions Bank d/b/a Regions Mortgage ("Mover"), a corporation organized and existing under the laws of the United States of America, and respectfully represents:

I.

Gregory Reed Creason and Lisa Marie Piacentino filed a petition for relief under Chapter 7 of Title 11 of the United States Code on October 10, 2018.

II.

This court has jurisdiction to grant the relief sought herein pursuant to 28 U.S.C. § 1334 and 11 U.S.C. § 362. This is a core proceeding under 28 U.S.C. § 157(b)(2)(G).

III.

Barbara Rivera-Fulton has been appointed as the interim trustee.

IV.

Mover is the holder of a secured claim against the Debtors totaling the sum of $445,678.09 (through December 1, 2018), represented by one certain Promissory Note dated July 16, 2009, in the original principal sum of $374,688.00, payable to the order of "Regions

Bank d/b/a Regions Mortgage", executed by Lisa Marie Piacentino, payable in monthly installments of principal and interest in the amount of $2,127.44 per month commencing on September 1, 2009, and on the first day of each month thereafter, and which note stipulates to bear interest at the rate of 5.500% per annum from date until paid. A copy of said note is annexed hereto and marked as Exhibit "A".

V.

The promissory note described above is secured by and paraphed "Ne Varietur" for identification with an Act of Mortgage dated July 16, 2009, passed by act before a Notary Public, and recorded in the Parish of Orleans, State of Louisiana on July 17, 2009, Instrument No. 980094. A copy of said mortgage is annexed hereto as Exhibit "B". Said mortgage affects the following described property, to-wit:

> THAT PORTION OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Third District of the City of New Orleans, State of Louisiana, in Square No. 278, which square is bounded by North Rampart, Port and Burgundy Streets and Almonaster Avenue, which said portion of ground is designated as Lot "N" on a survey by J. J. Krebs, Civil Engineer and Surveyor, dated July 31, 1947, according to which said Lot "N" forms the corner of North Rampart and Port Streets, and measures 29 feet front on North Rampart Street, same width in the rear, by a depth and front on Port Street between equal and parallel lines of 69 feet, 6 inches, said Lot "N" being a portion of original Lot No. 14. All in accordance with a survey by Mandle Surveying, Inc., dated June 9, 1994.
>
> Which has the address of 934 Port Street A/K/A 2632 - 2634 North Rampart Street, New Orleans, LA 70117.

VI.

Said loan was later modified pursuant to a Loan Modification Agreement executed January 26, 2015, which modified the unpaid principal balance to $390,793.45, of which $98,320.56 was deferred, payable at the interest rate of 4.375% in monthly installments of principal and interest in the amount of $1,460.27. The new maturity date is December 1, 2044.

VII.

The principal balance due and owing to Mover is the sum of $382,524.36, which consists of a principal balance in the amount of $284,203.80 and a deferred balance in the amount of $98,320.56, together with unpaid installments due from September 1, 2016 through December 1, 2016 in the sum of $2,763.46 each, from January 1, 2017 through November 1, 2017 in the sum of $2,534.01 each, from December 1, 2017 through November 1, 2018 in the sum of $2,485.29 each, from December 1, 2018 in the sum of $2,674.33, together with attorney's fees and costs, all as more fully stipulated in said note and mortgage.

VIII.

At the time of the filing of the instant Motion, payments to Mover are due from September 1, 2016, and since no other payments have been made, to the knowledge of Mover, the entire unpaid principal balance of said mortgage and promissory note is due and owing. Accordingly, the amount due Mover under said note and mortgage is the sum of $382,524.36, which consists of a principal balance in the amount of $284,203.80 and a deferred balance in the amount of $98,320.56, together with interest at the rate of 4.375% per annum from August 1, 2016 until paid, late charges and attorney's fees, as well as all costs.

IX.

The Debtor's Statement of Intention indicates the Debtor desires to surrender the mortgaged property to Mover in satisfaction of the debt owed to Mover. This motion is filed to give effect to the intentions of the Debtor.

X.

The Debtor's Schedules value the subject property at $700,000.00 and state a homestead exemption claim in the amount of $35,000.00, however the Brokers Price Opinion conducted on

October 30, 2018 and included herein as Exhibit "E" values the property as issue at $350,000.00. Mover has secured a claim in the instant case totaling $445,678.09 (through December 1, 2018). Additionally, Small Business Administration is the holder of a second mortgage in the amount of $29,000.00. Considering same, Mover submits that, although the Trustee has not disclaimed the property, there is no equity to warrant administration of the subject property.

XI.

Mover avers that it does not have and has not been offered adequate protection for its interest in said property, and that Mover will suffer irreparable injury, loss and damage unless the automatic stay is modified to permit Mover to foreclose its security interest in the above-described property. Mover also avers that this Court should find Rule 4001(a)(3) inapplicable and said Order rendered herein should have immediate effect allowing Mover to immediately implement and enforce the Order granted herein.

WHEREFORE, MOVER PRAYS that the automatic stay under 11 U.S.C. § 362 be modified and annulled as to Regions Bank DBA Regions Mortgage to permit Regions Bank DBA Regions Mortgage to pursue its security interest on the above described property and to immediately proceed with a foreclosure proceeding on its security interest bearing against said property and for all other relief as is just and proper in the premises.

Respectfully submitted,

SHAPIRO & DAIGREPONT, L.L.C.

BY: */s/Remy F. Symons*
Penny M. Daigrepont, Attorney
Louisiana Bar Roll Number 30464
L. Claire Mayer, Attorney
Louisiana Bar Roll Number 31837
Skye E. Prince, Attorney
Louisiana Bar Roll Number 33114
Emily E. Holley, Attorney
Louisiana Bar Roll Number 36875
Remy F. Symons, Attorney
Louisiana Bar Roll Number 34553
Sean E. Williams, Attorney
Louisiana Bar Roll Number 37551
Attorneys for Mover
3510 N. Causeway Blvd., Suite 600
Metairie, LA 70002
(504) 831-7726
rsymons@logs.com