UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | GREGORY REED CREASON | CASE NO. 18-12696 |
| | LISA MARIE PIACENTINO | SECTION B |
| | DEBTORS | CHAPTER 7 |

**ORDER FOR RELIEF FROM STAY**

The hearing on the Motion for Relief from the Automatic Stay ("Motion," P-64) filed by SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust ("Mover"), was scheduled for May 22, 2019.

The Court having considered the merits of the Motion, the allegations contained therein, attachments entered of record, no objections having been filed thereto, and there being good cause to grant the relief requested;

IT IS ORDERED, that the Motion is GRANTED and the automatic stay pursuant to 11 U.S.C. Section 362 is TERMINATED to allow Mover to foreclose upon or otherwise exercise its security interests against the following described collateral ("Collateral"):

> ONE CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the SECOND DISTRICT of the CITY OF NEW ORLEANS, in SQUARE 90 thereof, bounded by BURGUNDY, ST. LOUIS, DAUPHINE and TOULOUSE STREETS, designated as LOT 18 on the survey made by Gilbert, Kelly & Couturie, Inc., Surveying & Engineering, dated December 27, 1983, a copy of which is annexed to an act passed before Frank P. Battard, Notary Public, dated March 2, 1984, according to which said lot commences at a distance of 128 feet, 7 inches and 0 lines from the corner of Burgundy and St. Louis Streets, and measures thence 32 feet, 7 inches and 5 lines front on Burgundy Street, the same width in the rear, by a depth of 96 feet, 4 inches and 3 lines, between equal and parallel lines.

Municipal Address: 518-520 Burgundy Street, New Orleans, Louisiana 70112

IT IS FURTHER ORDERED that Mover is to file a report of sale promptly following liquidation of the Collateral. If any excess proceeds exist, Mover is directed to remit same to the Chapter 7 Trustee.

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 21, 2019.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge