**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CASE NUMBER 18-12696** |
| **Gregory Reed Creason,** | **SECTION B** |
| **DEBTOR** | **CHAPTER 13** |

### CERTIFICATE OF SERVICE

I, Remy F. Symons, do hereby certify that a true and correct copy of the Order to Continue Hearing on Motion for Relief From Stay (P-67) has been served upon all necessary parties listed below, who did not receive notice through the ECF System pursuant to Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, by placing same in the United States Mail, postage prepaid, on this 23rd day of May, 2019:

Gregory Reed Creason
934 Port Street
New Orleans, LA 70117

Respectfully submitted,

SHAPIRO & DAIGREPONT, L.L.C.

BY: /s/Remy F. Symons
Remy F. Symons
Louisiana Bar Roll Number 34553
Attorney for Creditor
3510 N. Causeway Blvd., Suite 600
Metairie, LA 70002
(504) 831-7726